UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *    CASE NO.: 17-54136-mgd |
| | * |
| BILLIE JO DAVIS, | * |
| | *    CHAPTER 7 |
| DEBTOR. | * |

**AMENDMENT TO CHAPTER 7 STATEMENT OF INTENTION**

COMES NOW **BILLIE JO DAVIS,** by and through undersigned counsel, and files this "Amendment to Chapter 7 Statement of Intention" ("Amendment") showing to this Honorable Court the following:

**1.**

Debtor amends her Chapter 7 Statement of Intention by substituting the attached in lieu thereof.

WHEREFORE Debtor prays that this

(a) Amendment be filed, read, and considered;

(b) Honorable Court grant this Amendment; and

(c) Honorable Court grants such other and further relief as it may deem just and proper.

Respectfully submitted,

/s/
Ronna M. Woodruff
Attorney for Debtor
GA Bar No. 108910

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Facsimile)

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Billie Jo Davis** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | |
| Case number | **17-54136-mgd** | ☐ Check if this is an amended filing |
| (if known) | | |

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Carrington LLC**<br>Description of property securing debt: **1455 Wimbleon Drive, N.W. Kennesaw, GA 30144  Cobb County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and Pay** | ☐ No<br>■ Yes |
| Creditor's name: **Cobb County Tax Commissioner**<br>Description of property securing debt: **1475 Wimbledon Drive, N.W. Kennesaw, GA 30144  Cobb County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Internal Revenue Service**<br>Description of property: **All Real and Personal Property** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br>■ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

| Debtor 1 | Billie Jo Davis | Case number (if known) | 17-54136-mgd |
|---|---|---|---|

securing debt:    **Retain and Pay**

| Creditor's name: | **Internal Revenue Service** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and Pay** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **All Real and Personal Property** | | |

| Creditor's name: | **Karen Denise Fidell Dixon** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **1475 Wimbledon Drive, N.W. Kennesaw, GA 30144  Cobb County** | | |

| Creditor's name: | **Robert C. Gritter** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **All Real and Personal Property** | | |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

| Debtor 1 | **Billie Jo Davis** | Case number *(if known)* | **17-54136-mgd** |
|---|---|---|---|

Lessor's name:
Description of leased Property:

☐ No

☐ Yes

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Billie Jo Davis**
   **Billie Jo Davis**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  **April 25, 2017**

Date  _____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-54136-mgd |
| | * | |
| BILLIE JO DAVIS, | * | |
| | * | CHAPTER 7 |
| DEBTOR. | * | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify, under penalty of perjury, that on this day I served the following parties with a copy of the attached "Amendment to Chapter 7 Statement of Intention" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

**William J. Layng, Jr.**
**Chapter 7 Trustee**
Ste. 3477, 2451 Cumberland Parkway
Atlanta, GA  30339
*VIA ECF*

**Billie Jo Davis**
1455 Wimbledon Drive, N.W.
Kennesaw, GA  30144

Dated this 25th day of April, 2017

Respectfully submitted,

/s/
Ronna M. Woodruff
Attorney for Debtor
GA Bar No. 108910

WOODRUFF LAW LLC
123 Powers Ferry Road, S.E.
Marietta, GA  30067
(770) 565-7924
(770) 565-7930 (Facsimile)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 17-54136-mgd |
| | * | |
| BILLIE JO DAVIS, | * | |
| | * | CHAPTER 7 |
| DEBTOR. | * | |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, **BILLIE JO DAVIS**, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my knowledge, information, and belief.

Dated this 25th day of April, 2017

Signed: /s/ _____
       **BILLIE JO DAVIS**